MAYOR AND COUNCIL OF BRUNSWICK *v.* GILL.

LUMPKIN, J. 1. The evidence was sufficient to support the verdict, and to authorize the charge of which complaint was made; and there was no error in overruling the motion for a new trial.

2. The judgment being *affirmed* on the main bill of exceptions, the cross-bill of exceptions is *dismissed.*

*All the Justices concur, except Atkinson, J., disqualified, and Hill, J., not presiding.*

DECEMBER 15, 1911.

Action for damages. Before Judge Conyers. Glynn superior court. October 15, 1910.

*J. T. Colson* and *Bolling Whitfield,* for plaintiff in error.

*D. W. Krauss* and *H. F. Dunwody,* contra.